

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00336-CR

**MICHAEL RAY FERGUSON,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

**From the County Court at Law**
**Navarro County, Texas**
**Trial Court No. C37620-CR**

## ABATEMENT ORDER

Michael Ray Ferguson was convicted of possession of a controlled substance with the intent to deliver. *See* TEX. HEALTH & SAFETY CODE ANN. § 481.112 (West 2017). The record in this appeal has not yet been filed. We have been provided documentation by the trial court, however, that indicates Ferguson was represented by counsel at trial and that counsel filed a notice of appeal. However, in response to a letter from the Clerk of this Court notifying counsel that a docketing statement was past due, counsel informed the Court that counsel does not represent Ferguson on appeal.

Because we have no record, we have no indication whether counsel was initially appointed to represent Ferguson, and if so, whether counsel has withdrawn from representing Ferguson or whether new counsel has been appointed to represent Ferguson on appeal.

Accordingly, this appeal is abated to the trial court to determine whether Ferguson is indigent, whether counsel was appointed to represent Ferguson and continues to represent Ferguson on appeal or has withdrawn, and if Ferguson is indigent and not currently represented by counsel, whether to appoint new counsel for Ferguson. *See* TEX. CODE CRIM. PROC. ANN. arts. 1.051, 26.04 (West 2005 & 2009). If necessary, a hearing to make these determinations should be held within 14 days from the date of this order. The Clerk's and Reporter's Records containing the trial court's written or oral findings and rulings, if any, are ordered to be filed within 21 days from the date of this order.

PER CURIAM

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal abated
Order issued and filed December 19, 2018

